TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00075-CV







Laura Ichon, Appellant



v.



Michael Terry Tatum as President of Chamonix Owners' Association, Inc.;


Chamonix Owners' Association, Inc.; Watson-Beverly, Inc. dba Certified Management


of Austin; Resa M. Watson, Individually and as President of Watson-Beverly, Inc.;


Kenneth Powell; and Joann Powell, Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NO. 9209947, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING








PER CURIAM


 Appellant Laura Ichon has filed a motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: June 21, 1995

Do Not Publish